# MINUTE ORDER

Page 3

## Magistrate Judge Barry L. Garber

King Building Courtroom 10-4     Date: 11/3/2016    Time: 2:00 p.m.

Defendant: 1) Marlon Monroy Meono    J#: 09662-104    Case #: 16-20189-CR-GAYLES (SEALED)

AUSA: **Breezye Telfair**    Attorney: **Roy Rodriguez for Dennis Urbano**

Violation: Conspiracy to Distribute Cocaine Knowing That It Would Be Imported Into The United States    Surr/Arrest Date: 11/2/2016    YOB: 1973

Proceeding: Initial Appearance     CJA Appt:

Bond/PTD Held: ⃝ Yes ⃝ No    Recommended Bond:

Bond Set at:     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services / Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other: ____

Language: **Spanish**

Disposition: **Unsealed. Arraigned.**

Reading of indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested.

**Stip. PTD w/o Evid Htg.**

**Sworn & Advised**

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. **14:09:47**     Time in Court: **3 mins.**

s/Barry L. Garber     Magistrate Judge