UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>16-20189-CR-GAYLES</u>

UNITED STATES OF AMERICA

vs.

**MARLON FRANCESCO MONROY MEONO,**

    **Defendant.**

_____/

## STIPULATED FACTUAL PROFFER

If this matter were to proceed to trial, the Government would prove the stated facts beyond a reasonable doubt. The Parties agree that these facts, which do not include all facts known to the Government and the Defendant, **MARLON FRANCESCO MONROY MEONO**, are sufficient to prove the guilt for Count One of Indictment which charges the Defendant with a violation of Title 21, United States Code, Section 963.

More specifically, from at least as early as in or about February 2015 until at least April 2016, **MARLON FRANCESCO MONROY MEONO,** along with others, used go-fast vessels (GFV) to ship multiple loads of kilograms of cocaine from Colombia to countries in Central America. Once the cocaine was in Central America, **MONROY MEONO** and his co-conspirators delivered the cocaine to other organizations for importation into the United States. For example, starting in or around May 2015 and continuing up through April 2016, **MONROY MEONO** and others coordinated multiple shipments of kilograms of cocaine ranging from 620 kilograms to 1,500 kilograms from Colombia to Central America for importation into the United States. **MONROY MEONO** knew that the cocaine would ultimately be imported into the

United States. **MONROY MEONO** is responsible for the shipment or attempted shipment of at least 450 kilograms of cocaine.

**MONROY MEONO** has acknowledged his role in the narcotics conspiracy as described more fully in the indictment and this factual summary.

Accordingly, if this case had gone to trial, the government could prove, beyond a reasonable doubt, that the defendant did knowingly and intentionally conspire to distribute a controlled substance, namely five kilograms or more of cocaine, knowing that it would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2), all in violation of Title 21, United States Code, Section 963.

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

Date: 7-21-17     By: _____
                  ROBERT J. EMERY
                  ASSISTANT UNITED STATES ATTORNEY

Date: 7/24/17    By: _____
                  DENNIS NICHOLAS URBANO
                  ATTORNEY FOR DEFENDANT

Date: 7/24/17    By: _____
                  MARLON FRANCESCO MONROY MEONO
                  DEFENDANT

2