UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 16-20189

    Plaintiff,

vs.

MARLON MONROY,

    Defendant.
_____/

## DEFENDANT'S OBJECTIONS TO THE PRE-SENTENCE INVESTIGATION REPORT

The Defendant, **MARLON MONROY**, by and through undersigned counsel hereby files his objections to the Pre-Sentence Investigation Report as follows:

1. The Defendant would object to paragraph 29, "Adjustment for Role in the Offense". U. S. Probation has assigned a 3-Level increase as a "Manager or Supervisor". A 2-Level increase should be assigned because the Defendant was a "Manager or Supervisor" of a conspiracy of less than 5-people.

2. The Defendant would object to adjusted offense Level of 43, which should be 42 with a total offense level of 39.

Respectfully submitted,

 s/ Dennis N. Urbano
DENNIS N. URBANO, ESQUIRE
On behalf of MARLON MONROY
FLORIDA BAR NO. 221872
11440 N. Kendall Drive
Penthouse 400
Miami, Florida 33176
(305) 595-0866

1

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the foregoing document was electronically filed with the Clerk of the Court using CM/ECF on this 13th day of September, 2017.

                                           s/ Dennis N. Urbano
                                           DENNIS N. URBANO, ESQUIRE