UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 16-20189

    Plaintiff,

vs.

MARLON MONROY,

    Defendant.
_____/

## OBJECTIONS TO THE PRE-SENTENCE INVESTIGATION REPORT

The Defendant, **MARLON MONROY**, by and through undersigned counsel hereby files these objections, which actually are a clarification of facts contained in the Pre-Sentence Investigation Report.

1. Paragraph 17 of the Pre-Sentence Investigation Report indicates "he" (**MONROY**) was paid an undisclosed percentage of each successful shipment. That is incorrect, in that at that time **MONROY** was being paid $2,000.00 per successful load and did not receive any percentage.

2. Paragraph 18 states that **MONROY** was once again interviewed by law enforcement officials. The officials were from the United States Drug Enforcement Administration. They were Agents Jeff Castro and Jason Saab Peters. It should be noted this interview took place in the prison where **MONROY** was being held in custody in Guatemala. Despite the overwhelming danger, **MONROY** agreed to be interviewed. **MONROY** also revealed to Agents Castro and Saab Peters that a 700 kilo seizure secluded inside a tanker truck belonged to him.

Respectfully submitted,

s/ Dennis N. Urbano
DENNIS N. URBANO, ESQUIRE
On behalf of **MARLON MONROY**
FLORIDA BAR NO. 221872
11440 N. Kendall Drive
Penthouse 400
Miami, Florida 33176
(305) 595-0866

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was electronically filed with the Clerk of the Court using CM/ECF on this 22nd day of September, 2017.

s/ Dennis N. Urbano
DENNIS N. URBANO, ESQUIRE